
RECEIVED
... WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 8-26-09
BY_____

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

RANDEL L. SCOTT

VERSUS

FIFTH JUDICIAL DISTRICT COURT,
ET AL.

CIVIL ACTION NO. 09-0766

JUDGE ROBERT G. JAMES

MAG. JUDGE KAREN L. HAYES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the instant Petition for Supervisory Writ of Mandamus be **DISMISSED WITH PREJUDICE.**

**MONROE, LOUISIANA,** this __26__ day of __August__, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE